UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOVID KOHN,

                Plaintiff,

- against -

ACTING SECRETARY CHAD WOLF, *Acting Secretary of United States Department of Homeland Security*, ACTING DIRECTOR TONY H PHAM, *Acting Director, United States Immigration & Customs Enforcement*, JOHN J. HARTNETT, *Deputy Field Office Director, Office of Enforcement and Removal Operations, United States Immigration & Customs Enforcement-New Orleans District*, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

                Defendants.

**ORDER**

20 Civ. 9250 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for February 25, 2021 is adjourned <u>sine die</u>. The following schedule will apply to the Government's anticipated motion to dismiss (<u>see</u> Dkt. No. 8):

1. The Government's motion is due by **March 10, 2021**;

2. Plaintiff's opposition is due by **March 24, 2021**; and

3. The Government's reply, if any, is due by **March 31, 2021.**

Dated: New York, New York
      February 23, 2021

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge