UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOVID KOHN,

                Plaintiff,

    - against -

ACTING SECRETARY CHAD WOLF, et al.,

                Defendants.

**ORDER**

20 Civ. 9250 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff will file any reply to the Government's opposition to his motion for leave to amend (Dkt. No. 22) by **April 27, 2021.**

Dated: New York, New York
       April 20, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge